*15 1062*

Date: 09/28/10            **DIVIDENDS REMITTED TO THE COURT**            Page: 1

Check Number 116 Dated 09/28/10
Case Number 09-13875 - GUNTHER, DANIEL W

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Midwest Verizon Wireless** PO Box 3397 Bloomington, IL 61702 (9-1) 8937 | 000009 *# 114* | 370.90 | 1.26 |
| | | 370.90 | 1.26 |

---------- Remittance Total ----------

_____
DAVIS, STEVEN S., Trustee

*FILED 2010 OCT -1 PM 3:42 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND*

Printed: 09/28/10 03:36 PM   Ver: 15.20